**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKE EDWARD DUMAS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES et al., <br><br> Defendants. | Case No. CV 17-3236-PSG (JPR) <br><br> **J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 8/7/17 _____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE